IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CASEY RUIZ                                                                                                       PLAINTIFF

      v.                  Civil No. 12-5143

OFFICER CHAMBERS;
SHERIFF KEITH FERGUSON;
CAPTAIN CHRIS SPARKS;
and DR. LAFFERTY                                                            DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis* and *pro se*. When he filed this case, Plaintiff was incarcerated in the Benton County Detention Center (BCDC).

At the time Plaintiff filed this case, he was informed that he had an obligation under the rules of this Court to keep the Court informed of any changes in his address (Doc. 3). Rule 5.5 of the Local Rules of the Eastern and Western Districts of Arkansas. On July 30, 2012, mail sent to the Plaintiff at the BCDC was returned as undeliverable with a notation that he was no longer at that facility.

On August 16, 2012, Court staff obtained Plaintiff's home address listed on his booking papers at the BCDC. A change of address (Doc. 9) was entered on his behalf. On August 21, 2012, mail was returned as undeliverable with a note that the Post Office was unable to forward.

Defendants have filed two motions to dismiss (Doc. 18 & Doc. 20). Both seek dismissal of the case on the grounds that all mail they have sent to the Plaintiff since August has been returned as undeliverable.

Plaintiff has not contacted the Court since he filed a motion for appointment of counsel on July 25, 2012. The Court has not had a valid address since he was released from the BCDC in August.

I therefore recommend that Defendants' motions to dismiss (Doc. 18 & Doc. 20) be granted based on Plaintiff's failure to prosecute this action and his failure to keep the Court informed of his current address. Fed. R. Civ. P. 41(b); Rule 5.5 of the Local Rules of the Eastern and Western Districts of Arkansas.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 3rd day of December 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE