```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**CASEY RUIZ**                                                                    PLAINTIFF

              v.           Civil No. 12-5143

**OFFICER CHAMBERS; SHERIFF
KEITH FERGUSON; CAPTAIN CHRIS
SPARKS; and DR. LAFFERTY**                                                        DEFENDANTS

### O R D E R

Now on this 28th day of January, 2013, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** ("R&R") (document #23), to which no objections have been made. The R&R recommends dismissal of this case because plaintiff has failed to prosecute and failed to keep the Court advised of his current address, and defendants have twice moved for dismissal because they have been unable to contact plaintiff.

Subsequent to the entry of the R&R, plaintiff sent a request for § 1983 forms to Court staff, wherein he stated that he had "let time lapse without contact information." The return address on this letter was imported to the captioned case, and the R&R was immediately sent to it. The item was returned, however, with the notation that the addressee was "No longer at this facility."

From the foregoing it appears that plaintiff has consistently failed to keep the Court advised of his contact information, and the Court agrees with the R&R that this matter should be dismissed for plaintiff's failure to keep the Court informed of his current

address and failure to prosecute.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed**.

**IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**